■ LOLITA M. SGROMO et al., Respondents, v ST. JOSEPH's HOSPITAL HEALTH CENTER et al., Defendants, and CNY OBSTETRICS AND GYNECOLOGY, P. C., et al., Appellants. (Appeal No. 2.) [669 NYS2d 113] —Appeal unanimously dismissed without costs (*see, Matter of Kolasz v Levitt*, 63 AD2d 777, 779). (Appeals from Order of Supreme Court, Onondaga County, Mor-

due, J.—Disqualify Law Firm.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.